21949. GRESHAM *v*. THE STATE.

BROYLES, C. J.  1. The alleged newly discovered evidence is cumulative and. is not of such a character as would probably cause a different verdict upon another trial.

2. The verdict was amply authorized by the evidence, and the special grounds of the motion for a new trial show no cause for a reversal of the judgment.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.  REHEARING DENIED MARCH 2, 1932.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.